UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
STUART LORD,
          Plaintiff,

v.                                  **ORDER**

BOY SCOUTS OF AMERICA and     20 CV 1498 (VB)
WESTCHESTER-PUTNAM COUNCIL, BOY
SCOUTS OF AMERICA,
          Defendants.
------------------------------------------------------------x



       On February 18, 2018, defendant Boy Scouts of America filed a voluntary petition for bankruptcy in the U.S. Bankruptcy Court for the District of Delaware.

       That day, Boys Scouts of America also commenced an adversary proceeding in the U.S. Bankruptcy Court for the District of Delaware, seeking to extend the automatic stay imposed by 11 U.S.C. § 362 to certain non-debtor parties, including, in the instant case, defendant Westchester-Putnam Council, Boy Scouts of America.

       Boys Scouts of America also filed in the adversary proceeding a motion for a preliminary injunction, seeking, inter alia, to enjoin plaintiff in this case from continuing to prosecute this case until August 17, 2020, or some other date as determined by the bankruptcy court.

       Accordingly, it is HEREBY ORDERED:

       1.     This case is stayed as to all defendants pending the U.S. Bankruptcy Court for the District of Delaware's consideration of Boy Scouts of America's motion for a preliminary injunction.

       2.     The initial case management and scheduling conference currently scheduled for April 10, 2020, is adjourned without date.

       3.     By May 4, 2020, defense counsel shall notify the Court by letter of the status of the bankruptcy court adversary proceedings.

Dated: March 5, 2020
       White Plains, NY

                                          SO ORDERED:

                                          _____
                                          Vincent L. Briccetti
                                          United States District Judge