UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
STUART LORD,
               Plaintiff,

v.                                                                                   **ORDER**

BOY SCOUTS OF AMERICA and                          20 CV 1498 (VB)
WESTCHESTER-PUTNAM COUNCIL, BOY
SCOUTS OF AMERICA,
               Defendants.
--------------------------------------------------------------x



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/5/2020

      On February 18, 2020, defendant Boy Scouts of America ("BSA") filed a voluntary petition for bankruptcy in the U.S. Bankruptcy Court for the District of Delaware. That day, BSA also commenced an adversary proceeding in the U.S. Bankruptcy Court for the District of Delaware, seeking to extend the automatic stay imposed by 11 U.S.C. § 362 to certain non-debtor parties, including, in the instant case, defendant Westchester-Putnam Council, Boy Scouts of America.

      BSA also filed in the adversary proceeding a motion for a preliminary injunction, seeking, inter alia, to enjoin plaintiff in this case from continuing to prosecute this case.

      The bankruptcy court granted the motion for a preliminary injunction, staying this case, and other cases, through May 18, 2020. (See Doc. #10-1 at 7–8).

      Accordingly, it is HEREBY ORDERED:

      By May 26, 2020, defense counsel shall notify the Court by letter of the status of the bankruptcy court's stay and preliminary injunction order.

Dated: May 5, 2020
       White Plains, NY

                                                      SO ORDERED:

                                                      Vincent L. Briccetti
                                                      United States District Judge